## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**  319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer  35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

June 16, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
P.O. Box 6420
Fayetteville, Arkansas 72701

                RE:    THOMAS, Tom
                        Case #5:97CR50014-001
                        **Request for Travel to Mexico**

Dear Judge Hendren:

On December 5, 1997, Mr. Thomas was sentenced by Hon H Franklin Waters for Distribution of methamphetamine to (151) months imprisonment, (3) years supervised release which commenced on March 22, 2007. Since that time, Mr. Thomas has lived in the Southern District of California, and is in compliance with the conditions of supervision.

Mr. Thomas has requested that he be permitted to travel to Mexico to seek dental care, which is less expensive than where he currently resides, in San Diego, California. According to the Probation office in San Diego travel is typically allowed to Mexico due to the close proximity to the Republic of Mexico.

Mr. Thomas's supervising probation officer is recommending that Thomas be allowed the travel but is aware that the defendant must have permission from the sentencing court. Should your honor require further information, please advise.

Sincerely,

William E. Dunn Jr
Supervising U.S. Probation Officer

Page 2 - Request for Travel to Mexico
    Thomas, Tom
    Dkt. #5:97CR50014-001

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 3 0 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

✓ Allow travel to Mexico for Dental services

___ Do not allow travel to Mexico for Dental services

___ Other _____
_____
_____
_____

_____   6/30/08
Honorable Jimm Larry Hendren   Date
Chief U.S. District Judge